**Pennsylvania Rules of Civil Procedure Governing Actions and Proceedings Before Magisterial District Judges**

**Rule 204. Purpose and [Intent] <u>Construction</u> of Rules.**

<u>**(a)**</u>     <u>**Purpose.**</u>  The purpose and intent of these rules is to provide a complete and exclusive procedure for every action or proceeding to which they are applicable.

<u>**(b)**</u>     <u>**Construction.  In the construction of the Pennsylvania Rules of Civil Procedure Governing Actions and Proceedings Before Magisterial District Judges, the principles set forth in Pa.R.J.A. 104 to 115 shall be observed.**</u>

**[Official Note:]** <u>**Comment:**</u>  This rule sets forth the general purpose and intent to make mandatory the use of the procedures prescribed in these rules.